This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

**IT IS SO ORDERED.**



*Beth A. Buchanan*
Beth A. Buchanan
United States Bankruptcy Judge

**Dated: December 26, 2024**

---

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT CINCINNATI

**In the Matter of:**

DIANE S. MONTGOMERY

Case No. 19-14361
Judge Beth A. Buchanan
Chapter 13

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DIANE S. MONTGOMERY

Adv. Case No. 1:24-ap-1046

        Debtor/Plaintiffs(s)

V.

FIFTH THIRD BANK, N.A.,

        Creditor/Defendant(s).

**AGREED ORDER ON EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S ADVERSARY COMPLAINT (Doc. 1)**

Plaintiff Diane S. Montgomery and Defendant Fifth Third Bank, N.A., through their

respective counsel, hereby agree that Defendant Fifth Third Bank, N.A. shall have until Monday,

February 24, 2025 to file its responsive pleading to Plaintiff Diane S. Montgomery's Adversary

Complaint (Doc. 1).

**IT IS SO ORDERED.**

Respectfully Submitted,

/s/Brian D. Flick
Brian D. Flick (0081605)
DannLaw
15000 Madison Ave
Lakewood OH, 44107
Main Office: 216-373-0539
Fax: (216) 373-0536
notices@dannlaw.com
*Counsel for Plaintiff Diane S. Montgomery*

/s/ Edward J. Boll III (per email consent Dec.
20, 2024)
Edward J. Boll III, Case Attorney
Bar No. 0072982
Dinsmore & Shohl LLP
255 East Fifth Street
Suite 1900
Cincinnati, OH 45202
(513) 977-8200
(513) 977-8141 fax
SDOHBK@dinsmore.com
*Attorneys for Defendant Fifth Third Bank, N.A.*